WILLIAM OKIN, APPELLANT, v. ESSEX SALES COMPANY, RESPONDENT.

Argued May 20, 1927—Decided October 17, 1927.

For the appellant, *Aaron Marder*.

For the respondent, *McCarter & English*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.